■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CABAN, Defendant-Appellant.—Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on February 21, 1985, unanimously affirmed, and motion by appellant for leave to enlarge the record to include certain exhibits denied. No opinion. Concur—Murphy, P. J., Kupferman, Ellerin, Wallach and Smith, JJ.

■ SAMUEL WEINBERG, Respondent, v 222 EAST 72ND STREET, INC., Appellant.—Order and judgment (one paper), Supreme Court, New York County (Stanley Sklar, J., upon memorandum decision of Richard Wallach, J.), entered on March 18, 1986, unanimously affirmed for the reasons stated by Richard Wallach, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HEMPILL, Appellant.—Determination of appeal from judgment, Supreme Court, New York County (John Bradley, J., at sentence; Shirley Levittan, J., at *Sandoval* hearing, mistrial and motion to preclude), rendered on or about February 17, 1983, unanimously held in abeyance. Application by appellant's counsel to withdraw as counsel is granted, and pursuant to section 722 of the County Law, the attorney as indicated in the order of this court is substituted as appellant's assigned counsel, and said counsel is directed to file a brief within 90 days of the date of this order, with notice of entry. No opinion. Concur—Kupferman, J. P., Ross, Carro and Rosenberger, JJ.